LAW OFFICES OF
**REINER, SLAUGHTER,**
**MAINZER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES GUND and NORMA GUND,

        Plaintiffs,

vs.

COUNTY OF TRINITY, CALIFORNIA, a
governmental entity; CORPORAL RON
WHITMAN; et al.,

        Defendants.

_____/

CASE NO.  2:13-CV-00452-TLN-DMC

**JOINT STIPULATION TO MODIFY**
**PRETRIAL SCHEDULING ORDER AND**
**ORDER**

     Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties

hereto jointly stipulate to modify the Pretrial Scheduling Order filed December 9, 2020,

(Document #34) as detailed below.  This is the first request to modify the schedule and it will

not adversely impact this matter as the parties have been unable to complete discovery

caused by the unexpectedly ongoing COVID-19 pandemic. No trial date has yet been set in

this matter.

| EVENT | Original Deadline | New Proposed Deadline |
|---|---|---|
| Discovery to be Completed | September 10, 2021 | March 10, 2022 |
| Disclosure of Experts | November 5, 2021 | May 9, 2022 |
| Supplemental Disclosure of Experts | 20 days after designation | 20 days after designation |
| Supplemental Discovery | No later than 30 days prior to dispositive motion hearing | No later than 30 days prior to dispositive motion hearing |

| | date | date |
|---|---|---|
| Motion Hearing | March 10, 2022 | **September 8, 2022** |

The parties agree that all other matters contained in the Pretrial Scheduling Order (Document No. 34) filed December 9, 2020, are incorporated herein.

Respectfully submitted,

DATED: August 19, 2021

**REINER, SLAUGHTER, MAINZER & FRANKEL**

By: s/ *Benjamin H. Mainzer*
BENJAMIN H. MAINZER
Attorneys for Plaintiffs

DATED:  August 19, 2021

**PORTER | SCOTT**

By:  *s/John R. Whitefleet*.
JOHN R. WHITEFLEET
Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: August 19, 2021

Troy L. Nunley
United States District Judge