LAW OFFICES OF
**REINER, SLAUGHTER,
MAINZER & FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUND and NORMA GUND, | CASE NO. 2:13-CV-00452-TLN-DMC |
| Plaintiffs, | **JOINT STIPULATION TO FURTHER MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |
| vs. | |
| COUNTY OF TRINITY, CALIFORNIA, a governmental entity; CORPORAL RON WHITMAN; et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 143(a)(1) and subject to the Court's approval, the parties hereto jointly stipulate to further modify the Pretrial Scheduling Order filed December 9, 2020, (Document #34) as detailed below. This is the second request to modify the schedule; the Court previously granted the parties' first stipulated request to modify the schedule on August 20, 2021. The parties' instant request will not adversely impact this matter as the parties are in the process of scheduling and completing necessary discovery, including written discovery, depositions, and a meet and confer process as to certain discovery issues that are presently in dispute. Additionally, counsel for Defendants is set for two trials in

March, 2022, rendering the current deadlines unworkable and providing additional good cause for the parties' request. No trial date has yet been set in this matter.

| EVENT | Current Deadline | New Proposed Deadline |
|---|---|---|
| Discovery to be Completed | March 10, 2022 | September 12, 2022 |
| Disclosure of Experts | May 9, 2022 | November 11, 2022 |
| Supplemental Disclosure of Experts | 20 days after designation | 20 days after designation |
| Supplemental Discovery | No later than 30 days prior to dispositive motion hearing date | No later than 30 days prior to dispositive motion hearing date |
| Motion Hearing | September 6, 2022 | **March 9, 2023** |

The parties agree that all other matters contained in the Pretrial Scheduling Order (Document No. 34) filed December 9, 2020, are incorporated herein.

Respectfully submitted,

DATED: January 25, 2022

**REINER, SLAUGHTER, MAINZER & FRANKEL**

By: s/ *Benjamin H. Mainzer*
    BENJAMIN H. MAINZER
    Attorneys for Plaintiffs

DATED:  January 25, 2022

**PORTER | SCOTT**

By:  s/John R. Whitefleet
    JOHN R. WHITEFLEET
    Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: January 25, 2022

Troy L. Nunley
United States District Judge