JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California  95112-7709
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: jon@rankinstock.com

Attorneys for
COUNTY OF TRINITY, CORPORAL RON WHITMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUND and NORMA GUND, | Case Number: 2:13-cv-00452-TLN-DMC |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE; RETENTION OF JURISDICTION TO HEAR CONFIDENTIALITY ISSUES** |
| v. | |
| COUNTY OF TRINITY, California, a governmental entity; CORPORAL RON WHITMAN, SHERIFF BRUCE HANEY, DOES 1-40, inclusive, | |
| Defendants. | |

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE; RETENTION OF JURISDICTION TO HEAR CONFIDENTIALITY ISSUES – Page 1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendants COUNTY OF TRINITY, CORPORAL RON WHITMAN, and all remaining Defendants (including DOE Defendants) shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

The parties further stipulate that the Court shall retain jurisdiction to hear any issues relating to confidentiality under 6.3 of the Protective Order (Docket 50).

LAW OFFICE OF BENJAMIN MAINZER, APC

DATED: /s/ _/s/ Sept. 5, 2023_      /s/Benjamin H. Mainzer
                                    Benjamin H. Mainzer
                                    Attorneys for Plaintiffs
                                    James Gund and Norma Gund


RANKIN | STOCK | HEABERLIN | ONEAL

DATED: _/s/_ Sept. 4, 2023_         /s/ Jon A. Heaberlin
                                    JON A. HEABERLIN
                                    Attorneys for Defendants
                                    COUNTY OF TRINITY, CORPORAL RON WHITMAN

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Defendants COUNTY OF TRINITY, CORPORAL RON WHITMAN, and all remaining Defendants (including DOE Defendants) shall be dismissed with prejudice.

2. The Court shall retain jurisdiction to hear any issues relating to confidentiality under 6.3 of the Protective Order (Docket 50).

IT IS SO ORDERED.

Date: September 6, 2023

_____
Troy L. Nunley
United States District Judge